**William J. BERGMAN, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2007–3097.

United States Court of Appeals, Federal Circuit.

March 17, 2008.

ON MOTION

*ORDER*

Upon consideration of William J. Bergman's unopposed motion to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All sides shall bear their own costs.